CHAMBERS *v.* DENIE.

Judgment cannot be entered on warrant of attorney before the warrants are actually filed in the Prothonotary's office.

A MOTION was made in the above case, with others, to amend the record by entering a judgment in favour of plaintiff as of the 10th April, 1846, which appeared to have been entered on the 9th. It was directed by the court to be heard at Nisi Prius.

It appeared that Joseph Fleming, for whom the motion was made, had entered judgments against defendant on the morning of the 9th of April during the hours of business. That the present plaintiffs had, on the same day, filed their warrants of attorney, &c., with the prothonotary at his dwelling-house at eleven o'clock P. M., and of course after the office was closed; they were then endorsed, filed on the 9th, and a similar entry was made on the accompanying bonds. The warrants did not reach the prothonotary's office until the next morning at eight or nine o'clock. The plaintiffs proved by the deposition of the clerks in the office of this court, the District Court, and the Recorder's office, that the custom had always prevailed of receiving warrants of attorney at any time before midnight, endorsing them as of that day, and entering the judgment on the day following as of the preceding day.

*Williams* and *Meredith*, for the motion.

*R. R. Smith* and *Hopper*, contrà.

ROGERS, J., directed the judgments to be entered as of the 10th, on the ground the entry was made before the warrants reached the office.